FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD L. MATHIEU, as Personal Representative of the Estate of C.R., MARIA GUADALUPE ALVARADO-MENDIETA, individually and as parent of minor child, C.R., and ABRAHAM RAMIREZ, individually and as parent of minor child, C.R.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, YAKIMA VALLEY MEMORIAL HOSPITAL ASSOCIATION, d/b/a VIRGINIA MASON MEMORIAL, OBHG WASHINGTON P.C., d/b/a OB HOSPITALIST GROUP, JAMES CAHILL, M.D., and JOHN DOES 1-5,<br><br>    Defendants. | NO. 1:18-cv-03088-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulation of Dismissal with Prejudice and Without Costs as to All Defendants, ECF No. 58. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to

**ORDER OF DISMISSAL** \* 1

any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal, ECF No. 58, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 4th day of November 2019.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** \* 2